---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN   DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this is an amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **DC Ventures, PLLC d/b/a Bryn Medical Center** |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **93-3044948** |

**4.**  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6221 Shallowford Road, Suite 102 Chattanooga, TN 37421** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hamilton** | Location of principal assets, if different from principal place of business |
| County | **6221 Shallowford Road, Suite 102 Chattanooga, TN 37421** |
| | Number, Street, City, State & ZIP Code |

**5.**  **Debtor's website** (URL)   _____

**6.**  **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

| Debtor | DC Ventures, PLLC d/b/a Bryn Medical Center | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Candice Crawford** | Relationship | **Owner** |
|---|---|---|---|---|
| | District | **EDTN** | When | Case number, if known |

| Debtor | **DC Ventures, PLLC d/b/a Bryn Medical Center** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　Contact name _____

　　　Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**      .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **DC Ventures, PLLC d/b/a Bryn Medical Center** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 23, 2025**
            MM / DD / YYYY

**X** **/s/   Candice Crawford**                              **Candice Crawford**
    Signature of authorized representative of debtor        Printed name

Title    **Owner**

---

**18. Signature of attorney**

**X** **/s/ W. Thomas Bible,, Jr.**                          Date **April 23, 2025**
    Signature of attorney for debtor                          MM / DD / YYYY

**W. Thomas Bible,, Jr. 014754**
Printed name

**Tom Bible Law**
Firm name

**6918 Shallowford Road, Suite 100**
**Chattanooga, TN 37421**
Number, Street, City, State & ZIP Code

Contact phone   **(423) 424-3116**     Email address   **tom@tombiblelaw.com**

**014754 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **DC Ventures, PLLC d/b/a Bryn Medical Center**

United States Bankruptcy Court for the:   EASTERN   DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 23, 2025**          X **/s/   Candice Crawford**
                                          Signature of individual signing on behalf of debtor

                                          **Candice Crawford**
                                          Printed name

                                          **Owner**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name | DC Ventures, PLLC d/b/a Bryn Medical Center

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Basket Medical, PLLC Attn Michael Carberry 1020 Sunset Point Road, Suite 509 Clearwater, FL 33755** | | **Synovous Truist Truist Water deposit Accounts Receivables Office furniture-See List Computers(7) Chiropractic Equipment Patient database--secured by KEEP Medications** | | $68,919.03 | Unknown | $4,042.77 |
| **City of Chattanooga Office of the City Attorney 2nd Floor, City Hall Annex 100 E 11th Street Chattanooga, TN 37402** | **(423) 643-8250** | **Personalty taxes** | | | | $378.81 |
| **Fast Signs 3763 Powers Court Chattanooga, TN 37416** | | | | | | $1,078.99 |
| **MicroAdvance 100 South Juniper Street Third Floor Philadelphia, PA 19107** | | | | | | $70,380.00 |
| **MicroAdvance 100 South Juniper Street Third Floor Philadelphia, PA 19107** | | | | | | $20,700.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | DC Ventures, PLLC d/b/a Bryn Medical Center | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nelson & Mullins 201 17th St NW #1700 Atlanta, GA 30363** | | | | | | **$3,848.00** |
| **Revenued LLC 55 Almeria Avenue, 2nd Floor Miami, FL 33134** | | | | | | **$19,393.23** |
| **Volunteer XRay 321 Troy Circle SW Knoxville, TN 37919** | | | | | | **$2,130.38** |

**Fill in this information to identify the case:**

Debtor name     **DC Ventures, PLLC d/b/a Bryn Medical Center**

United States Bankruptcy Court for the:   EASTERN  DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................ $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................... $ _____ 64,876.26

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................... $ _____ 64,876.26

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ _____ 68,919.03

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____ 378.81

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................... +$ _____ 117,530.60

4. **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b                                                                          $ _____ 186,828.44

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **DC Ventures, PLLC d/b/a Bryn Medical Center** | |
| United States Bankruptcy Court for the: **EASTERN   DISTRICT OF TENNESSEE** | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Synovous** | **Checking** | **2758** | $832.81 |
| 3.2. | **Truist** | **Checking** | **3753** | $5,669.80 |
| 3.3. | **Truist** | **Checking** | **3745** | $100.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $6,602.61 |
|---|---|

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| 7.1. | **Water deposit** | $1,000.00 |
|---|---|---|

| Debtor | **DC Ventures, PLLC d/b/a Bryn Medical Center** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.          **$1,000.00**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    **34,373.65**  -   **0.00**  = ....   **$34,373.65**
     face amount                 doubtful or uncollectible accounts

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.          **$34,373.65**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture-See List** | **$0.00** | | **$200.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers(7)** | **$0.00** | | **$700.00** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **DC Ventures, PLLC d/b/a Bryn Medical Center** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | **$900.00**

Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Chiropractic Equipment | $0.00 | | $15,000.00 |

51. **Total of Part 8.** | **$15,000.00**

Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 3

| Debtor | **DC Ventures, PLLC d/b/a Bryn Medical Center** | Case number *(If known)* |
|--------|-----------------------------------------------|--------------------------|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** <br> **www.brynmedical.com** | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** <br> **Patient database--secured by KEEP** | **$0.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** <br> **Medications** | **$0.00** | | **$7,000.00** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|--|--|
| | **$7,000.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **DC Ventures, PLLC d/b/a Bryn Medical Center**      Case number *(If known)* _____

Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,602.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $34,373.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $7,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $64,876.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $64,876.26 |

**Schedule 2.0(a)**

**Equipment and Inventory**

| **Tangible Assets** | | | | |
|---|---|---|---|---|
| Injection prep (office) | (2) Filing cabinet - 4 vertical drawer | **Medical supplies:** | **Office Supplies:** | **Decoration:** |
| | | Various medical supplies – needles etc.. | Desk organizers | (18) pieces of artwork |
| | Labcorp - Centrifuge | Sharps container | Various plastic storage drawers | (14) Vase/ decorative bowls etc. |
| | 3 plastic rolling containers | Pillows + cases | All wall clocks | (1) table lamp |
| | Office stool | Linens | Multiple Cork boards | (1) artificial plant |
| | Wellbuilt - Deep chest freezer | Industrial plastic 3 shelf cart | Multiple White boards | Seasonal holiday decorations |
| | Hydrocollator: 5-6 hot pack | Face paper – inventory at time of sale | Multiple Trash bins | |
| | Desktop computer + monitor + keyboard | Various stethoscopes | Hanging file boxes | |
| | Space heater (small) | | Front desk office supplies | |
| | Electronic room neutralizer (sanitizer) | | Digital Clock | |
| | Rolling IV pole | | Outlet tower | |
| | Edan - Vitals monitoring unit + rolling stand/cart | | Various medical books | |
| | (2) rolling office chairs | | Medical chart supplies | |
| ███████████████ | ███████████████ | | | |
| Hallway (CM) | | | | |
| | | | | |
| | Bench x 2 | | | |
| ███████████████ | ███████████████ | | | |
| CM consult rooms | (3) Consult tables 2X3 ft | | | |
| | (12) chairs | | | |

| | | | | |
|---|---|---|---|---|
| | (3) Console table | | | |
| | (3) Televisions | | | |
| | (3) Desktop computer + keyboard + mouse | | | |
| | Various patient educational posters | | | |
| ███████ | | | | |
| Exam rooms | (4) Blood draw chair | | | |
| | (4) Ample Scientific - Centrifuges | | | |
| | (4) High exam tables | | | |
| | (2) Plastic medical cart | | | |
| | (2) Edan - Ultrasound cart | | | |
| | (3) Edan - Ultrasound unit | | | |
| | (1) Metal medical cart | | | |
| | Whirlpool mini fridge | | | |
| | Scale | | | |
| | (3) RCA Televisions (small) 14x10 | | | |
| | (4) rolling exam stools | | | |
| | (4) step stools | | | |
| | Various Blood pressure cuffs | | | |
| | Ikea standing plastic medical cabinet | | | |
| | Various linen hampers | | | |
| | (2) Oxygen tanks | | | |
| ███████ | | | | |
| Lobby | Magic Chef mini fridge | | | |
| | Keurig coffee machine | | | |
| | Various coffee bar supplies | | | |
| | Marketing Bryn Medical banner | | | |
| | (4) Lobby chairs | | | |
| | (2) Sofa couches | | | |
| | (2) benches | | | |
| | (3) end tables | | | |

| | | | | |
|---|---|---|---|---|
| | (1) coffee table | | | |
| | (1) area rug | | | |
| | Console table | | | |
| | Fire TV 48" | | | |
| ███████ | | | | |
| Front desk | (3) computers | | | |
| | (4) monitors + mouse + keyboard | | | |
| | (3) rolling office chairs | | | |
| ███████ | | | | |
| CM office | (2) computers | | | |
| | (3) monitors + keyboard + mouse | | | |
| | (2) rolling office chairs | | | |
| | (2) 4- Drawer filing cabinet | | | |
| | Mood pandora profusion box + controller | | | |
| | NexTech - CD player | | | |
| | Onkyo - Stereo | | | |
| | Monster Cable - 4 way speaker selector | | | |
| | Desk lamp | | | |
| | Console table | | | |
| | (1) full size iPad | | | |
| | (3) mini ipads | | | |
| ███████ | | | | |
| NP office | (3) Desks | | | |
| | (3) Computers + keyboards + mouses | | | |
| | (2) Rolling office chair | | | |
| | Rolling exam stool | | | |
| | Floor lamp | | | |
| | 2-drawer filing cabinet | | | |
| | Brother printer | | | |
| | Paper laminator | | | |

| | | | | |
|---|---|---|---|---|
| | Paper cuter | | | |
| ████████████ | | | | |
| Communication room | Metal medical chart filing cabinet 8 shelves | | | |
| | Metal medical chart filing cabinet 7 shelves | | | |
| | Rolling chart cart | | | |
| ████████████ | | | | |
| Rehab | JTECH computer /inclinometer/jtech software | | | |
| | speakers | | | |
| | Plastic medical cart | | | |
| | (2) High exam tables | | | |
| | (5) Mat tables | | | |
| | (5) Wobble chairs | | | |
| | (3) Neck tractions | | | |
| | (7) Wobble / Balance boards | | | |
| | (3) Massage guns | | | |
| | (2) Chiropractic tables | | | |
| | (2) Rolling exam stools | | | |
| | Metal end table | | | |
| | (2) Activators | | | |
| | Standing charting table | | | |
| | Weight rack with various weights and sizes | | | |
| | Exercise ball | | | |
| | Axis plate | | | |
| | Various balls for exercise of hand and feet | | | |
| | Various exercise bands and ropes | | | |
| | Treadmill | | | |
| | (2) Recliners | | | |
| | (1) Hako-Med machine | | | |
| | (2) Vibration plates | | | |
| | (2) Portable timers | | | |

| | | | | |
|---|---|---|---|---|
| | (3) Foam rollers | | | |
| | (3) Bosu balls | | | |
| | (9) Bolsters | | | |
| | (2) Calf stretchers | | | |
| | (2) Fitness steppers | | | |
| | Portable stairs | | | |
| | Balance foam pad | | | |
| ■■■■■■■ | ■■■■■■■ | | | |
| XRAY room | Stationary chair | | | |
| | Side table | | | |
| | Rolling exam stool | | | |
| | Summit XRAY machine + all equipment | | | |
| | Computer + keyboard + monitor + mouse (connected to xray machine) | | | |
| | Space heater | | | |
| ■■■■■■■ | ■■■■■■■ | | | |
| Laundry room | Maytag stacked washer & dryer | | | |
| | Various cleaning / laundry supplies | | | |
| ■■■■■■■ | ■■■■■■■ | | | |
| Hallway | Accent table | | | |
| | (2) Cubie units (ikea) | | | |
| ■■■■■■■ | ■■■■■■■ | | | |
| Breakroom | Conference table | | | |
| | Desk | | | |
| | Computer + monitor + keyboard | | | |
| | (7) rolling chairs | | | |
| | (2) stationary chairs | | | |
| | Bookshelf | | | |
| | 42" Dynex TV | | | |
| ■■■■■■■ | ■■■■■■■ | | | |
| Misc. closet | (2) Tens machine | | | |

| | | | | |
|---|---|---|---|---|
| | Ladder | | | |
| | | | | |
| Massage room | (2) Massage chairs | | | |
| | Metal medical cabinet | | | |
| | Chair | | | |
| | | | | |
| Dr Carberry office | Desk | | | |
| | Table lamp | | | |
| | Desk rolling chair | | | |
| | Metal 2-drawer filing cabinet | | | |
| | | | | |
| Kitchen / utility closet | Cubbie unit (ikea) | | | |
| | Various kitchen supplies | | | |
| | Various cleaning supplies | | | |
| | | | | |
| Marketing room | Brother printer | | | |
| | (2) Metal shelves | | | |
| | (2) Desk | | | |
| | (2) computers + keyboard + mouse | | | |
| | (3) monitors | | | |
| | (2) Massage chairs | | | |
| | (2) Rolling desk chairs | | | |
| | (2) Chairs | | | |
| | Edan - Ultrasound unit | | | |
| | Rolling medical cart | | | |
| | (4) Drawer metal filing cabinet | | | |
| | 2-drawer metal filing cabinet | | | |
| | Rolling cooler | | | |
| | (2) Folding tables | | | |
| | Wooden bookshelf | | | |
| | Projector + screen | | | |

| | | | | |
|---|---|---|---|---|
| | Various marketing supplies | | | |
| ███████ | | | | |
| Chiro office | Various bracing, tens, neuropathy inventory (at time of sale) | | | |
| | (2) Desks | | | |
| | (1) Computer + keyboard + mouse + monito | | | |
| | (2) Rolling office chairs | | | |
| | Rolling exam stool | | | |
| | Polaroid camera | | | |
| | Desk lamp | | | |
| ███████ | | | | |
| Apothecary / medication - count at time of sale | Lidocaine | | | |
| | Bupivacaine | | | |
| | Neuropathy vitamins | | | |
| | Serapin | | | |
| | Traumeel | | | |

17

**Fill in this information to identify the case:**

Debtor name    **DC Ventures, PLLC d/b/a Bryn Medical Center**

United States Bankruptcy Court for the:    **EASTERN   DISTRICT OF TENNESSEE**

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.** **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| **2.1** | **Basket Medical, PLLC** | Describe debtor's property that is subject to a lien | $68,919.03 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn Michael Carberry
1020 Sunset Point Road,
Suite 509
Clearwater, FL 33755**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Synovous; Truist; Truist; Water deposit;
Accounts Receivables; Office furniture-See
List; Computers(7); Chiropractic Equipment ;
Patient database--secured by KEEP;
Medications**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$68,919.03**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michael Carberry D.C.
1020 Sunset Point Road, Suite 509
Clearwater, FL 33755** | Line   **2.1** | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **DC Ventures, PLLC d/b/a Bryn Medical Center**

United States Bankruptcy Court for the:   EASTERN   DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**City of Chattanooga**<br>**Office of the City Attorney**<br>**2nd Floor, City Hall Annex**<br>**100 E 11th Street**<br>**Chattanooga, TN 37402** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $378.81 | $378.81 |
| Date or dates debt was incurred | Basis for the claim:<br>**Personalty taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Fast Signs**<br>**3763 Powers Court**<br>**Chattanooga, TN 37416** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,078.99 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No   ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**MicroAdvance**<br>**100 South Juniper Street**<br>**Third Floor**<br>**Philadelphia, PA 19107** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,380.00 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **DC Ventures, PLLC d/b/a Bryn Medical Center** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,700.00** |
|---|---|---|---|
| | **MicroAdvance** | | |
| | **100 South Juniper Street** | ☐ Contingent | |
| | **Third Floor** | ☐ Unliquidated | |
| | **Philadelphia, PA 19107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,848.00** |
|---|---|---|---|
| | **Nelson & Mullins** | | |
| | **201 17th St NW #1700** | ☐ Contingent | |
| | **Atlanta, GA 30363** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,393.23** |
|---|---|---|---|
| | **Revenued LLC** | | |
| | **55 Almeria Avenue, 2nd Floor** | ☐ Contingent | |
| | **Miami, FL 33134** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,130.38** |
|---|---|---|---|
| | **Volunteer XRay** | | |
| | **321 Troy Circle SW** | ☐ Contingent | |
| | **Knoxville, TN 37919** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 378.81 |
| 5b. Total claims from Part 2 | 5b. + | $ | 117,530.60 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 117,909.41 |

**Fill in this information to identify the case:**

Debtor name    **DC Ventures, PLLC d/b/a Bryn Medical Center**

United States Bankruptcy Court for the:    EASTERN   DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Lease of building**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ernest and Ellis LLC**<br>**PO Box 23224**<br>**Chattanooga, TN 37421** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Cash advance**<br><br>State the term remaining<br><br>List the contract number of any government contract | **MicroAdvance**<br>**100 South Juniper Street**<br>**Third Floor**<br>**Philadelphia, PA 19107** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Cash Advance on sales**<br><br>State the term remaining<br><br>List the contract number of any government contract | **MicroAdvance**<br>**100 South Juniper Street**<br>**Third Floor**<br>**Philadelphia, PA 19107** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Cash advance on Sales**<br><br>State the term remaining<br><br>List the contract number of any government contract | **MicroAdvance**<br>**100 South Juniper Street**<br>**Third Floor**<br>**Philadelphia, PA 19107** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **DC Ventures, PLLC d/b/a Bryn Medical Center** | Case number *(if known)* | |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Cash advance on sales** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Revenued LLC**<br>**55 Almeria Avenue, 2nd Floor**<br>**Miami, FL 33134** |

**Fill in this information to identify the case:**

Debtor name __**DC Ventures, PLLC d/b/a Bryn Medical Center**__

United States Bankruptcy Court for the: __EASTERN   DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **Basket Medical, PLLC** | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **Fast Signs** | ☐ D _____<br>☒ E/F __3.1__<br>☐ G _____ |
| 2.3 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **Nelson & Mullins** | ☐ D _____<br>☒ E/F __3.4__<br>☐ G _____ |
| 2.4 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **Volunteer XRay** | ☐ D _____<br>☒ E/F __3.6__<br>☐ G _____ |
| 2.5 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **MicroAdvance** | ☐ D _____<br>☒ E/F __3.2__<br>☐ G _____ |
| 2.6 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **MicroAdvance** | ☐ D _____<br>☒ E/F __3.3__<br>☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **DC Ventures, PLLC d/b/a Bryn Medical Center** | Case number *(if known)* |
|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | Check boxes |
|---|---|---|---|---|
| 2.7 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **Revenued LLC** | ☐ D _____ ☒ E/F __3.5__ ☐ G _____ |
| 2.8 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **MicroAdvance** | ☐ D _____ ☐ E/F _____ ☒ G __2.2__ |
| 2.9 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **Ernest and Ellis LLC** | ☐ D _____ ☐ E/F _____ ☒ G __2.1__ |
| 2.10 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **MicroAdvance** | ☐ D _____ ☐ E/F _____ ☒ G __2.3__ |
| 2.11 | **Candice Crawford** | **2344 Forest Villa Circle Chattanooga, TN 37421** | **Revenued LLC** | ☐ D _____ ☐ E/F _____ ☒ G __2.5__ |

**Fill in this information to identify the case:**

Debtor name __**DC Ventures, PLLC d/b/a Bryn Medical Center**__

United States Bankruptcy Court for the: __EASTERN   DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **01/01/2025** to **Filing Date** | ☒ Operating a business<br><br>☐ Other _____ | **$189,998.80** |
| **For prior year:**<br>From **01/01/2024** to **12/31/2024** | ☒ Operating a business<br><br>☐ Other _____ | **$1,029,015.64** |
| **For year before that:**<br>From **01/01/2023** to **12/31/2023** | ☒ Operating a business<br><br>☐ Other _____ | **$66,342.44** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **DC Ventures, PLLC d/b/a Bryn Medical Center** _____    Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **MicroAdvance**<br>**100 South Juniper Street**<br>**Third Floor**<br>**Philadelphia, PA 19107** | **Jan-Mar** | **$27,600.00** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Revenued LLC**<br>**55 Almeria Avenue, 2nd Floor**<br>**Miami, FL 33134** | **Jan-March**<br>**2025** | **$10,477.49** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Ernest and Ellis LLC**<br>**PO Box 23224**<br>**Chattanooga, TN 37421** | **Jan-March**<br>**2025** | **$22,114.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Rent on building lease** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | **DC Ventures, PLLC d/b/a Bryn Medical Center** | Case number *(if known)* | |

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

| Part 4: | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Alahambra Shrine** | **Sponsorship for Rodeo** | **April 2024** | **$1,500.00** |
| **Recipients relationship to debtor** **no relationship** | | | |

---

| Part 5: | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Tom Bible Law** | | **04/22/2025** | **$10,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

Debtor   **DC Ventures, PLLC d/b/a Bryn Medical Center**          Case number *(if known)*

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides<br>meals and housing,<br>number of patients in<br>debtor's care |
|---|---|---|---|
| 15.1. | **Bryn Medical Center**<br>**6221 Shallowford Road,**<br>**Suite 102**<br>**Chattanooga, TN 37421** | **Medical Office** | **25** |
| | | Location where patient records are maintained *(if different from<br>facility address)*. If electronic, identify any service provider.<br>**6221 Shallowford Road, Suite 102 Chattanooga, TN<br>37421** | How are records kept?<br><br>*Check all that apply:*<br><br>☒ Electronically<br>☒ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

  **Names, Address, Telephone number, DOB, SSN insurance**
  **information consent**

  Does the debtor have a privacy policy about that information?
  ☐ No
  ☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **DC Ventures, PLLC d/b/a Bryn Medical Center** | Case number *(if known)* |
| --- | --- | --- |

moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **Public Storage**<br>**Chattanooga, TN 37421** | **Candice Crawford** | **Random office furniture, equipment** | ☐ No<br>☒ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

Debtor   **DC Ventures, PLLC d/b/a Bryn Medical Center**                    Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Michael White**<br>**1355 Terrell Mill Road**<br>**1464 S203**<br>**Marietta, GA 30067** | **Since 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor  **DC Ventures, PLLC d/b/a Bryn Medical Center**   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Candice Crawford** | | **Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 23, 2025**

**/s/   Candice Crawford**                                 **Candice Crawford**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of Tennessee

In re   **DC Ventures, PLLC d/b/a Bryn Medical Center** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April 23, 2025** _____   **/s/ Candice Crawford** _____
   **Candice Crawford**/Owner
   Signer/Title

Date:   **April 23, 2025** _____   **/s/ W. Thomas Bible,, Jr.** _____
   Signature of Attorney
   **W. Thomas Bible,, Jr. 014754**
   **Tom Bible Law**
   **6918 Shallowford Road, Suite 100**
   **Chattanooga, TN 37421**
   **(423) 424-3116 Fax: (423) 499-6311**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Basket Medical, PLLC
Attn Michael Carberry
1020 Sunset Point Road, Suite 509
Clearwater, FL 33755


Candice Crawford
2344 Forest Villa Circle
Chattanooga, TN 37421


City of Chattanooga
Office of the City Attorney
2nd Floor, City Hall Annex 100 E 11th St
Chattanooga, TN 37402


Ernest and Ellis LLC
PO Box 23224
Chattanooga, TN 37421


Fast Signs
3763 Powers Court
Chattanooga, TN 37416


Michael Carberry D.C.
1020 Sunset Point Road, Suite 509
Clearwater, FL 33755


MicroAdvance
100 South Juniper Street
Third Floor
Philadelphia, PA 19107


Nelson & Mullins
201 17th St NW #1700
Atlanta, GA 30363


Revenued LLC
55 Almeria Avenue, 2nd Floor
Miami, FL 33134


Volunteer XRay
321 Troy Circle SW
Knoxville, TN 37919

# United States Bankruptcy Court
### Eastern  District of Tennessee

In re  <u>DC Ventures, PLLC d/b/a Bryn Medical Center</u>

Debtor(s)

Case No.

Chapter  <u>11</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>DC Ventures, PLLC d/b/a Bryn Medical Center</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**April 23, 2025**

Date

/s/ W. Thomas Bible,, Jr.

**W. Thomas Bible,, Jr. 014754**

Signature of Attorney or Litigant

Counsel for  <u>DC Ventures, PLLC d/b/a Bryn Medical Center</u>

**Tom Bible Law**
**6918 Shallowford Road, Suite 100**
**Chattanooga, TN 37421**
**(423) 424-3116  Fax:(423) 499-6311**
**tom@tombiblelaw.com**